IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR C FOURSTAR, JR,

    Plaintiff,

v.                                                      CASE NO. 5:15-cv-00248-MP-EMT

MELISSA ALEXANDER, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 13, 2015. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 5. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. This matter is dismissed under the three-strikes rule of 28 U.S.C. § 1915(g), without prejudice to plaintiff refiling the case with the payment up front of the full filing fee.

    2.    The motion to amend, Doc. 6, is denied as the proposed amendments would not help the case survive the three-strikes rule.

    **DONE AND ORDERED** this _17th_ day of November, 2015

                                                    _s/Maurice M. Paul_
                                                    Maurice M. Paul, Senior District Judge